IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| KENDRA DANDY | : | CIVIL ACTION NO. |
|  | : | 2:21-CV-4168GAM |
|  | : |  |
| *Plaintiff,* | : |  |
| v. | : |  |
|  | : |  |
| ZOETOP BUSINESS CO., LIMITED and | : |  |
|  | : |  |
| DOES 1-10 | : |  |
|  | : |  |
| *Defendant.* | : |  |

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for plaintiff, Kendra Dandy ("Plaintiff"), that all claims asserted by Plaintiff against all Defendants in the above-captioned action are dismissed *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), without costs.

Respectfully submitted,
**SPECTOR GADON & ROSEN, P.C.**

By: */s/ Bruce Bellingham*
Bruce Bellingham, Esquire
1635 Market Street, 7th Floor
Philadelphia, PA 19103
(215) 241-8916
*bbellingham@sgrvlaw.com*

March 17, 2023                    *Attorneys for Plaintiff*

1